Case: 2:18-cv-00416-ALM-KAJ Doc #: 1-1 Filed: 04/30/18 Page: 1 of 21  PAGEID #: 17

**Exhibit A**

# Event Summary

| Row | Agency | DGroup | Pri | Date | Time | Event Number | Type | Subtype | Unit | Location | Event Status |
|-----|--------|--------|-----|------|------|--------------|------|---------|------|----------|--------------|
| 1 | CPD | CPDZ3 | 9 | 3/22/2017 | 7:23:26 AM | P170232560 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | |
| 2 | CPD | CPDZ3 | 2 | 3/22/2017 | 5:19:01 PM | P170234074 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | |
| 3 | CPD | CPDZ3 | 9 | 3/22/2017 | 11:06:41 PM | P170235034 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | |
| 4 | CPD | CPDZ3 | 9 | 3/29/2017 | 12:26:34 PM | P170255045 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | |
| 5 | CPD | CPDZ3 | 9 | 3/31/2017 | 12:55:48 PM | P170261341 | 99 | TRU | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | |
| 6 | CPD | CPDZ3 | 4 | 3/31/2017 | 1:01:12 PM | P170261359 | 30A | | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 7 | CPD | CPDZ3 | 2 | 3/31/2017 | 9:36:58 PM | P170262964 | 43A | | 82C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 8 | CPD | CPDZ3 | 2 | 4/3/2017 | 8:51:49 AM | P170270006 | 17 | | 82A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 9 | CPD | CPDZ3 | 2 | 4/4/2017 | 9:13:38 AM | P170273267 | 34B | | 88A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 10 | CPD | CPDZ3 | 9 | 4/5/2017 | 5:30:00 PM | P170277628 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 11 | CPD | CPDZ3 | 2 | 4/8/2017 | 11:19:01 PM | P170288019 | 41 | | 9191E | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| | | | | | | | | | | 765 PIERCE DR | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | CPD | CPDZ3 | 9 | 4/9/2017 | 10:16:09 PM | P170290920 | 99 | | | CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 13 | CPD | CPDZ3 | 9 | 4/13/2017 | 7:30:02 PM | P170303553 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 14 | CPD | CPDZ3 | 9 | 4/17/2017 | 6:25:42 PM | P170316512 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 15 | CPD | CPDZ3 | 3 | 4/21/2017 | 3:16:41 PM | P170328806 | 31 | | 9080D | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 16 | CPD | CPDZ3 | 2 | 4/26/2017 | 11:13:42 AM | P170344003 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 17 | CPD | CPDZ3 | 2 | 4/27/2017 | 1:35:03 PM | P170347796 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 18 | CPD | CPDZ3 | 9 | 4/27/2017 | 7:50:50 PM | P170349126 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 19 | CPD | CPDZ3 | 9 | 5/4/2017 | 9:32:00 AM | P170370208 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 20 | CPD | CPDZ3 | 9 | 5/4/2017 | 10:46:48 AM | P170370375 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 21 | CPD | CPDZ3 | 2 | 5/4/2017 | 1:09:13 PM | P170370658 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 22 | CPD | CPDZ3 | 9 | 5/5/2017 | 11:46:17 AM | P170373627 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 23 | CPD | CPDZ3 | 9 | 5/6/2017 | 9:20:22 AM | P170376603 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 24 | CPD | CPDZ3 | 3 | 5/7/2017 | 12:15:05 AM | P170378924 | 31 | | 82C | 765 PIERCE DR CBUS FRA: @POMEGRANATE | Assigned |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | HEALTH SYSTEMS | |
| 25 | CPD | CPDZ3 | 3 | 5/7/2017 | 12:39:59 AM | P170378976 | 31 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 26 | CPD | CPDZ3 | 9 | 5/8/2017 | 12:32:57 PM | P170383041 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 27 | CPD | CPDZ3 | 2 | 5/11/2017 | 10:55:38 AM | P170392455 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 28 | CPD | CPDZ3 | 9 | 5/15/2017 | 12:52:33 PM | P170405763 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 29 | CPD | CPDZ3 | 9 | 5/15/2017 | 12:58:47 PM | P170405782 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 30 | CPD | CPDZ3 | 9 | 5/16/2017 | 12:48:29 PM | P170409017 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 31 | CPD | CPDZ3 | 9 | 5/17/2017 | 6:43:30 PM | P170413495 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 32 | CPD | CPDZ3 | 9 | 5/17/2017 | 7:35:54 PM | P170413673 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 33 | CPD | CPDZ3 | 9 | 5/18/2017 | 10:24:28 AM | P170415345 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 34 | CPD | CPDZ3 | 3 | 5/19/2017 | 3:40:04 PM | P170419713 | 31 | | 88B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 35 | CPD | CPDZ3 | 3 | 5/19/2017 | 3:48:29 PM | P170419740 | 16 | | 88B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 36 | CPD | CPDZ3 | 9 | 5/19/2017 | 4:38:35 PM | P170419925 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |

| 37 | CPD | CPDZ3 | 3 | 5/19/2017 | 5:21:23 PM | P170420106 | 16B | | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 38 | CPD | CPDZ3 | 9 | 5/19/2017 | 5:48:45 PM | P170420221 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 39 | CPD | CPDZ3 | 3 | 5/19/2017 | 6:53:50 PM | P170420486 | 16B | | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 40 | CPD | CPDZ3 | 3 | 5/22/2017 | 12:33:47 AM | P170427575 | 16 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 41 | CPD | CPDZ3 | 9 | 5/22/2017 | 5:31:11 AM | P170427875 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 42 | CPD | CPDZ3 | 3 | 5/22/2017 | 4:08:04 PM | P170429367 | 16B | | 83B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 43 | CPD | CPDZ3 | 9 | 5/22/2017 | 8:23:55 PM | P170430170 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 44 | CPD | CPDZ3 | 4 | 5/25/2017 | 11:12:55 AM | P170438213 | 16A | | 1224 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 45 | CPD | CPDZ3 | 9 | 5/26/2017 | 1:55:35 PM | P170441930 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 46 | CPD | CPDCW | 4 | 5/26/2017 | 2:00:14 PM | P170441945 | 16A | | 1224 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 47 | CPD | CPDZ3 | 9 | 5/27/2017 | 3:46:59 PM | P170445623 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 48 | CPD | CPDZ3 | 9 | 5/30/2017 | 10:33:31 AM | P170453890 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| | | | | | | | | | | 765 PIERCE DR CBUS FRA: | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | CPD | CPDZ3 | 9 | 6/1/2017 | 9:54:50 PM | P170462972 | 99 | CFD | | @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 50 | CPD | CPDZ3 | 1 | 6/2/2017 | 8:51:05 PM | P170466326 | 14 | | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 51 | CPD | CPDZ3 | 3 | 6/5/2017 | 2:11:04 PM | P170474720 | 31 | | 81B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 52 | CPD | CPDZ3 | 9 | 6/6/2017 | 8:20:54 AM | P170477183 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 53 | CPD | CPDZ3 | 9 | 6/7/2017 | 8:07:51 PM | P170482163 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 54 | CPD | CPDZ3 | 9 | 6/8/2017 | 12:49:34 PM | P170483850 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 55 | CPD | CPDZ3 | 9 | 6/8/2017 | 4:19:58 PM | P170484549 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 56 | CPD | CPDZ3 | 2 | 6/8/2017 | 7:47:49 PM | P170485287 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 57 | CPD | CPDZ3 | 3 | 6/9/2017 | 11:49:32 AM | P170487068 | 16 | | 9081D | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 58 | CPD | CPDZ3 | 2 | 6/9/2017 | 1:50:13 PM | P170487384 | 31 | HIGH-RISK | 9190D | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 59 | CPD | CPDZ3 | 9 | 6/11/2017 | 12:59:57 PM | P170493957 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 60 | CPD | CPDZ3 | 9 | 6/11/2017 | 1:01:08 PM | P170493960 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 61 | CPD | CPDZ3 | 9 | 6/13/2017 | 2:24:54 PM | P170500632 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH | Assigned |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | SYSTEMS | |
| 62 | CPD | CPDZ3 | 9 | 6/13/2017 | 9:57:53 PM | P170502182 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 63 | CPD | CPDZ3 | 9 | 6/15/2017 | 2:53:47 AM | P170506204 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 64 | CPD | CPDZ3 | 9 | 6/17/2017 | 3:36:51 AM | P170513620 | 99 | NON_EMERGENCY | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 65 | CPD | CPDZ3 | 4 | 6/17/2017 | 3:38:57 AM | P170513622 | 30A | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 66 | CPD | CPDZ3 | 9 | 6/17/2017 | 6:20:49 PM | P170515505 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 67 | CPD | CPDZ3 | 4 | 6/19/2017 | 5:01:00 PM | P170521447 | 40 | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 68 | CPD | CPDZ3 | 3 | 6/21/2017 | 12:48:47 PM | P170527150 | 16B | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 69 | CPD | CPDZ3 | 9 | 6/22/2017 | 6:09:24 PM | P170531587 | 99 | MISDIAL | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 70 | CPD | CPDZ3 | 9 | 6/22/2017 | 6:09:48 PM | P170531590 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 71 | CPD | CPDZ3 | 9 | 6/26/2017 | 8:30:07 AM | P170542942 | 99 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 72 | CPD | CPDZ3 | 9 | 6/27/2017 | 11:44:04 AM | P170546369 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 73 | CPD | CPDZ3 | 3 | 6/29/2017 | 12:23:49 AM | P170551534 | 16 | 81C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | CPD | CPDZ3 | 3 | 6/29/2017 | 5:37:45 PM | P170553514 | 16 | | 83B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 75 | CPD | CPDZ3 | 2 | 6/30/2017 | 9:52:52 PM | P170557727 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 76 | CPD | CPDZ3 | 9 | 7/4/2017 | 7:36:02 AM | P170568953 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 77 | CPD | CPDZ3 | 9 | 7/4/2017 | 7:36:29 AM | P170568954 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 78 | CPD | CPDZ3 | 9 | 7/4/2017 | 3:12:53 PM | P170569774 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 79 | CPD | CPDZ3 | 9 | 7/5/2017 | 2:05:12 PM | P170573030 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 80 | CPD | CPDZ3 | 3 | 7/9/2017 | 7:09:43 PM | P170586806 | 31 | | 84B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 81 | CPD | CPDZ3 | 2 | 7/9/2017 | 9:51:48 PM | P170587309 | 27 | JUST-OCCURRED | 153B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 82 | CPD | CPDZ3 | 3 | 7/10/2017 | 12:48:01 PM | P170588984 | 31 | | 80A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 83 | CPD | CPDZ3 | 2 | 7/14/2017 | 11:14:21 PM | P170604297 | 47A | | 88C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 84 | CPD | CPDZ3 | 2 | 7/14/2017 | 11:15:50 PM | P170604305 | 47A | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 85 | CPD | CPDZ3 | 2 | 7/14/2017 | 11:17:06 PM | P170604310 | 47A | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| | | | | | | | | | | 765 PIERCE DR CBUS FRA: | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | CPD | CPDZ3 | 9 | 7/15/2017 | 3:35:25 PM | P170606254 | 99 | CFD | | @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 87 | CPD | CPDZ3 | 9 | 7/16/2017 | 12:57:15 PM | P170609144 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 88 | CPD | CPDZ3 | 4 | 7/18/2017 | 5:24:57 PM | P170616262 | 16A | | 9080D | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 89 | CPD | CPDZ3 | 9 | 7/22/2017 | 3:00:36 PM | P170629361 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 90 | CPD | CPDZ3 | 9 | 7/23/2017 | 3:45:53 PM | P170632625 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 91 | CPD | CPDCW | 4 | 7/25/2017 | 12:14:48 PM | P170638374 | 16A | | 1224 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 92 | CPD | CPDZ3 | 2 | 7/27/2017 | 9:29:56 AM | P170644555 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 93 | CPD | CPDZ3 | 4 | 7/31/2017 | 12:33:37 PM | P170658175 | 16A | | 84B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 94 | CPD | CPDZ3 | 9 | 8/1/2017 | 8:19:18 PM | P170662949 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 95 | CPD | CPDZ3 | 3 | 8/7/2017 | 10:03:27 AM | P170680662 | 16 | | 81A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 96 | CPD | CPDZ3 | 9 | 8/7/2017 | 4:28:01 PM | P170681686 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 97 | CPD | CPDZ3 | 9 | 8/14/2017 | 12:24:55 PM | P170703235 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 98 | CPD | CPDZ3 | 9 | 8/15/2017 | 11:05:39 AM | P170706443 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH | Assigned |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | SYSTEMS | |
| 99 | CPD | CPDZ3 | 2 | 8/15/2017 | 3:31:04 PM | P170707188 | 34B | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 100 | CPD | CPDZ3 | 9 | 8/17/2017 | 4:28:31 PM | P170714032 | 99 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 101 | CPD | CPDZ3 | 2 | 8/17/2017 | 7:26:09 PM | P170714660 | 16B | 80B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 102 | CPD | CPDZ3 | 9 | 8/20/2017 | 9:36:46 PM | P170725061 | 99 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 103 | CPD | CPDZ3 | 9 | 8/21/2017 | 10:12:47 AM | P170726262 | 99 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 104 | CPD | CPDZ3 | 9 | 8/23/2017 | 7:39:36 PM | P170734662 | 99 | NON_EMERGENCY | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 105 | CPD | CPDZ3 | 3 | 8/23/2017 | 7:43:06 PM | P170734672 | 16 | 9082E | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 106 | CPD | CPDZ3 | 2 | 8/24/2017 | 12:39:00 AM | P170735388 | 47A | 9081E | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 107 | CPD | CPDZ3 | 9 | 8/24/2017 | 8:46:01 PM | P170737947 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 108 | CPD | CPDZ3 | 9 | 8/25/2017 | 12:20:33 AM | P170738440 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 109 | CPD | CPDZ3 | 9 | 8/25/2017 | 2:21:09 PM | P170739939 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 110 | CPD | CPDZ3 | 3 | 8/25/2017 | 4:10:53 PM | P170740279 | 27 | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |

| 111 | CPD | CPDZ3 | 9 | 8/28/2017 | 10:01:43 AM | P170748919 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 112 | CPD | CPDZ3 | 3 | 8/28/2017 | 3:56:03 PM | P170749871 | 17A | | 88B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 113 | CPD | CPDZ3 | 9 | 8/31/2017 | 3:52:52 PM | P170759376 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 114 | CPD | CPDZ3 | 2 | 9/5/2017 | 6:55:10 PM | P170775440 | 16 | HIGH-RISK | 88B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 115 | CPD | CPDCW | 4 | 9/6/2017 | 2:41:07 PM | P170777734 | 16A | | 1224 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 116 | CPD | CPDZ3 | 9 | 9/8/2017 | 6:50:06 PM | P170784768 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 117 | CPD | CPDZ3 | 9 | 9/9/2017 | 1:00:39 AM | P170785818 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 118 | CPD | CPDZ3 | 3 | 9/9/2017 | 1:24:21 AM | P170785864 | 57 | | 88C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 119 | CPD | CPDZ3 | 9 | 9/11/2017 | 10:23:17 AM | P170792507 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 120 | CPD | CPDZ3 | 2 | 9/17/2017 | 2:47:45 PM | P170812030 | 16 | HIGH-RISK | 80B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 121 | CPD | CPDZ3 | 9 | 9/17/2017 | 3:09:42 PM | P170812075 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 122 | CPD | CPDZ3 | 9 | 9/17/2017 | 4:59:38 PM | P170812414 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |

765 PIERCE DR
CBUS FRA:

| 123 | CPD | CPDZ3 | 9 | 9/17/2017 | 8:15:31 PM | P170812997 | 99 | CFD | | @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 124 | CPD | CPDZ3 | 2 | 9/17/2017 | 8:20:39 PM | P170813008 | 47A | | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 125 | CPD | CPDZ3 | 9 | 9/23/2017 | 10:20:51 AM | P170830998 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 126 | CPD | CPDZ3 | 9 | 9/23/2017 | 10:55:04 PM | P170833132 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 127 | CPD | CPDZ3 | 9 | 9/24/2017 | 10:35:11 PM | P170836161 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 128 | CPD | CPDZ3 | 2 | 9/25/2017 | 8:38:01 PM | P170839144 | 16 | HIGH-RISK | 80B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 129 | CPD | CPDZ3 | 9 | 9/26/2017 | 12:57:07 AM | P170839739 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 130 | CPD | CPDZ3 | 3 | 9/26/2017 | 3:17:18 PM | P170841338 | 16 | | 80B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 131 | CPD | CPDZ3 | 9 | 9/28/2017 | 4:29:49 PM | P170847728 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 132 | CPD | CPDZ3 | 3 | 10/3/2017 | 5:26:01 PM | P170863192 | 16 | | 80B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 133 | CPD | CPDZ3 | 3 | 10/4/2017 | 10:39:06 AM | P170865255 | 16B | | 81A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 134 | CPD | CPDZ3 | 9 | 10/5/2017 | 11:21:28 AM | P170868429 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 135 | CPD | CPDZ3 | 2 | 10/6/2017 | 4:36:24 PM | P170872401 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH | Assigned |

Case: 2:18-cv-00416-ALM-KAJ Doc #: 1-1 Filed: 04/30/18 Page: 12 of 21 PAGEID #: 28

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | SYSTEMS | |
| 136 | CPD | CPDZ3 | 2 | 10/7/2017 | 8:15:49 AM | P170874418 | 30 | | 88A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 137 | CPD | CPDZ3 | 2 | 10/8/2017 | 10:44:31 PM | P170879559 | 16 | HIGH-RISK | 84C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 138 | CPD | CPDZ3 | 9 | 10/9/2017 | 11:43:11 PM | P170882584 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 139 | CPD | CPDZ3 | 3 | 10/12/2017 | 11:17:37 AM | P170889946 | 16 | | 82A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS: 16/27 RPT | Assigned |
| 140 | CPD | CPDZ3 | 9 | 10/13/2017 | 11:30:22 AM | P170893222 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 141 | CPD | CPDZ3 | 2 | 10/14/2017 | 12:12:34 AM | P170895592 | 47A | | 9141E | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 142 | CPD | CPDZ3 | 3 | 10/19/2017 | 8:54:59 PM | P170913285 | 16 | | MWSPL3 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 143 | CPD | CPDZ3 | 3 | 10/20/2017 | 9:25:14 AM | P170914440 | 31 | | 82A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 144 | CPD | CPDZ3 | 2 | 10/20/2017 | 8:14:41 PM | P170916378 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 145 | CPD | CPDZ3 | 3 | 10/20/2017 | 8:14:50 PM | P170916380 | 16 | | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 146 | CPD | CPDZ3 | 9 | 10/23/2017 | 6:16:02 PM | P170925085 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 147 | CPD | CPDZ3 | 2 | 10/23/2017 | 6:55:30 PM | P170925173 | 27 | JUST-OCCURRED | 81B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |

| 148 | CPD | CPDZ3 | 3 | 10/25/2017 | 9:01:27 PM | P170931301 | 16 | | 83C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 149 | CPD | CPDZ3 | 3 | 10/26/2017 | 3:39:48 AM | P170931872 | 16 | | 84A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 150 | CPD | CPDZ3 | 9 | 10/26/2017 | 7:20:07 AM | P170932092 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 151 | CPD | CPDZ3 | 3 | 10/26/2017 | 7:25:41 AM | P170932100 | 16 | | 82A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 152 | CPD | CPDZ3 | 9 | 10/27/2017 | 6:31:50 PM | P170936768 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 153 | CPD | CPDZ3 | 9 | 10/27/2017 | 6:31:59 PM | P170936772 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 154 | CPD | CPDZ3 | 3 | 10/28/2017 | 5:09:45 PM | P170939623 | 16 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 155 | CPD | CPDZ3 | 2 | 10/29/2017 | 8:44:24 AM | P170941551 | 34B | | 82A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 156 | CPD | CPDZ3 | 9 | 10/31/2017 | 9:57:32 PM | P170948753 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 157 | CPD | CPDZ3 | 9 | 11/2/2017 | 9:57:10 PM | P170954517 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 158 | CPD | CPDCW | 4 | 11/3/2017 | 10:26:50 AM | P170955611 | 16A | | 1224 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 159 | CPD | CPDZ3 | 2 | 11/4/2017 | 12:12:15 AM | P170957914 | 47A | | 158C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| | | | | | | | | | | 765 PIERCE DR CBUS FRA: | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 160 | CPD | CPDZ3 | 2 | 11/4/2017 | 12:13:25 AM | P170957922 | 47A | | @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 161 | CPD | CPDZ3 | 9 | 11/4/2017 | 1:16:29 PM | P170959155 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 162 | CPD | CPDZ3 | 9 | 11/6/2017 | 11:39:16 PM | P170967006 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 163 | CPD | CPDZ3 | 4 | 11/7/2017 | 5:22:22 PM | P170969058 | 40 | 80B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 164 | CPD | CPDZ3 | 2 | 11/8/2017 | 7:49:17 AM | P170970520 | 34B | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 165 | CPD | CPDZ3 | 3 | 11/10/2017 | 4:09:07 PM | P170977828 | 16 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 166 | CPD | CPDZ3 | 3 | 11/10/2017 | 8:57:19 PM | P170978706 | 16 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 167 | CPD | CPDZ3 | 9 | 11/13/2017 | 12:08:52 AM | P170984639 | 99 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 168 | CPD | CPDZ3 | 2 | 11/13/2017 | 4:35:49 PM | P170986410 | 47A | 105B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 169 | CPD | CPDZ3 | 3 | 11/15/2017 | 3:51:40 AM | P170990746 | 16 | 84C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 170 | CPD | CPDZ3 | 4 | 11/15/2017 | 4:22:51 AM | P170990768 | 38A | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 171 | CPD | CPDZ3 | 3 | 11/15/2017 | 5:37:42 AM | P170990809 | 45 | 82A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 172 | CPD | CPDZ3 | 3 | 11/15/2017 | 7:59:37 AM | P170990969 | 48A | 82A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH | Assigned |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | SYSTEMS | |
| 173 | CPD | CPDZ3 | 3 | 11/16/2017 | 2:34:51 AM | P170993717 | 16 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 174 | CPD | CPDZ3 | 9 | 11/20/2017 | 4:43:20 PM | P171007212 | 99 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 175 | CPD | CPDZ3 | 3 | 11/20/2017 | 4:48:40 PM | P171007236 | 16 | 84B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 176 | CPD | CPDZ3 | 9 | 11/21/2017 | 5:13:14 PM | P171010328 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 177 | CPD | CPDZ3 | 9 | 11/27/2017 | 4:50:53 PM | P171026362 | 99 | MISDIAL | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 178 | CPD | CPDZ3 | 9 | 11/28/2017 | 11:00:36 AM | P171028310 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 179 | CPD | CPDZ3 | 1 | 11/30/2017 | 9:43:37 PM | P171035979 | 14 | 192B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 180 | CPD | CPDZ3 | 3 | 12/4/2017 | 4:23:57 PM | P171047015 | 16 | 1246 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 181 | CPD | CPDZ3 | 3 | 12/7/2017 | 1:27:09 PM | P171055250 | 16 | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 182 | CPD | CPDZ3 | 9 | 12/8/2017 | 6:23:50 PM | P171058885 | 99 | MISDIAL | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 183 | CPD | CPDZ3 | 3 | 12/9/2017 | 11:02:29 AM | P171060687 | 16 | 80A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 184 | CPD | CPDZ3 | 3 | 12/9/2017 | 5:42:54 PM | P171061927 | 16 | 9080E | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 185 | CPD | CPDZ3 | 3 | 12/12/2017 | 5:43:32 PM | P171070961 | 16 | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 186 | CPD | CPDZ3 | 2 | 12/13/2017 | 12:35:49 AM | P171071934 | 47A | 9100E | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 187 | CPD | CPDZ3 | 3 | 12/13/2017 | 11:20:43 PM | P171074670 | 31 | 84C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 188 | CPD | CPDZ3 | 4 | 12/14/2017 | 2:41:19 PM | P171076318 | 31A | 82B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 189 | CPD | CPDZ3 | 9 | 12/16/2017 | 12:00:54 AM | P171080968 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 190 | CPD | CPDZ3 | 9 | 12/16/2017 | 1:22:15 PM | P171082192 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 191 | CPD | CPDZ3 | 9 | 12/23/2017 | 12:48:02 PM | P171102589 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 192 | CPD | CPDZ3 | 3 | 12/24/2017 | 10:56:05 AM | P171105038 | 31 | 80A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 193 | CPD | CPDZ3 | 2 | 12/25/2017 | 8:54:33 PM | P171108467 | 26 | 9082E | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 194 | CPD | CPDZ3 | 9 | 12/25/2017 | 10:54:28 PM | P171108705 | 99 | CFD | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 195 | CPD | CPDZ3 | 9 | 12/26/2017 | 12:19:54 AM | P171108812 | 99 | NON_EMERGENCY | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 196 | CPD | CPDZ3 | 3 | 12/26/2017 | 12:22:45 AM | P171108814 | 16 | 82C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| | | | | | | | | | 765 PIERCE DR CBUS FRA: | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | CPD | CPDZ3 | 2 | 12/26/2017 | 3:27:16 PM | P171110075 | 16 | HIGH-RISK | 81B | @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 198 | CPD | CPDZ3 | 9 | 12/26/2017 | 6:29:36 PM | P171110557 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 199 | CPD | CPDZ3 | 2 | 12/26/2017 | 6:33:28 PM | P171110568 | 27 | JUST-OCCURRED | 80B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 200 | CPD | CPDZ3 | 9 | 12/29/2017 | 8:48:18 PM | P171118790 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 201 | CPD | CPDZ3 | 9 | 12/31/2017 | 8:51:12 PM | P171124177 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 202 | CPD | CPDZ3 | 9 | 12/31/2017 | 9:16:48 PM | P171124239 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 203 | CPD | CPDZ3 | 3 | 1/5/2018 | 9:54:32 PM | P180013828 | 31 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 204 | CPD | CPDZ3 | 9 | 1/7/2018 | 1:56:52 PM | P180017831 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 205 | CPD | CPDZ3 | 2 | 1/7/2018 | 8:47:31 PM | P180018823 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 206 | CPD | CPDZ3 | 9 | 1/7/2018 | 10:03:05 PM | P180018985 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 207 | CPD | CPDZ3 | 9 | 1/8/2018 | 9:09:24 AM | P180019873 | 55S | | 1218 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 208 | CPD | CPDZ3 | 9 | 1/8/2018 | 4:24:21 PM | P180020880 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 209 | CPD | CPDZ3 | 9 | 1/8/2018 | 9:48:52 PM | P180021700 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH | Assigned |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | SYSTEMS |
| 210 | CPD | CPDZ4 | 4 | 1/9/2018 | 11:26:17 AM | P180022924 | 16A | | 1218 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 211 | CPD | CPDZ3 | 3 | 1/11/2018 | 1:34:08 PM | P180028882 | 16 | | 80B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 212 | CPD | CPDZ3 | 9 | 1/14/2018 | 3:10:48 PM | P180037885 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 213 | CPD | CPDCW | 4 | 1/16/2018 | 10:48:30 AM | P180042612 | 16A | | 1218 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 214 | CPD | CPDZ3 | 4 | 1/19/2018 | 2:43:23 PM | P180051847 | 6 | | 80B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS:IFO | Assigned |
| 215 | CPD | CPDZ3 | 9 | 1/20/2018 | 8:21:04 PM | P180055692 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 216 | CPD | CPDZ3 | 9 | 1/23/2018 | 8:46:05 PM | P180064304 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 217 | CPD | CPDZ3 | 9 | 1/24/2018 | 8:03:20 PM | P180066905 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 218 | CPD | CPDZ3 | 2 | 1/26/2018 | 12:20:59 PM | P180071378 | 27 | JUST-OCCURRED | 83A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 219 | CPD | CPDZ3 | 2 | 1/26/2018 | 1:15:53 PM | P180071496 | 27 | JUST-OCCURRED | 82A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 220 | CPD | CPDZ3 | 9 | 2/2/2018 | 12:49:34 AM | P180089750 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 221 | CPD | CPDZ1 | 4 | 2/5/2018 | 1:02:50 PM | P180099775 | 16A | | 1218 | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 222 | CPD | CPDZ3 | 3 | 2/10/2018 | 2:53:53 PM | P180113292 | 16 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 223 | CPD | CPDZ3 | 9 | 2/13/2018 | 8:34:21 AM | P180120464 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 224 | CPD | CPDZ3 | 3 | 2/13/2018 | 7:32:22 PM | P180122053 | 31 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 225 | CPD | CPDZ3 | 2 | 2/16/2018 | 9:54:16 AM | P180129172 | 16 | HIGH-RISK | 83A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 226 | CPD | CPDZ3 | 3 | 2/19/2018 | 8:07:35 PM | P180139022 | 16 | | 83B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 227 | CPD | CPDZ3 | 2 | 2/22/2018 | 12:16:46 AM | P180145531 | 47A | | 9082E | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 228 | CPD | CPDZ3 | 2 | 2/25/2018 | 9:12:00 PM | P180157062 | 34B | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 229 | CPD | CPDZ3 | 9 | 2/26/2018 | 9:33:29 PM | P180160078 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 230 | CPD | CPDZ3 | 9 | 2/27/2018 | 3:05:38 PM | P180161887 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 231 | CPD | CPDZ3 | 3 | 2/28/2018 | 5:08:15 PM | P180165202 | 16 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 232 | CPD | CPDZ3 | 9 | 2/28/2018 | 8:45:59 PM | P180165841 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 233 | CPD | CPDZ3 | 9 | 3/1/2018 | 1:23:59 AM | P180166344 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |

765 PIERCE DR
CBUS FRA:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 234 | CPD | CPDZ3 | 3 | 3/1/2018 | 1:27:25 AM | P180166355 | 16 | | 82C | @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 235 | CPD | CPDZ3 | 2 | 3/3/2018 | 10:07:09 PM | P180174857 | 47A | | 88C | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 236 | CPD | CPDZ3 | 9 | 3/4/2018 | 8:32:56 PM | P180177417 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 237 | CPD | CPDZ3 | 2 | 3/4/2018 | 8:35:55 PM | P180177420 | 47A | | 9082E | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 238 | CPD | CPDZ3 | 9 | 3/5/2018 | 1:55:55 PM | P180179035 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 239 | CPD | CPDZ3 | 2 | 3/6/2018 | 8:06:17 AM | P180180928 | 34B | | 81A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 240 | CPD | CPDZ3 | 9 | 3/6/2018 | 8:08:12 AM | P180180932 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 241 | CPD | CPDZ3 | 2 | 3/7/2018 | 10:20:36 AM | P180184184 | 57 | | 81A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 242 | CPD | CPDZ3 | 9 | 3/7/2018 | 9:00:42 PM | P180185748 | 99 | CFD | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 243 | CPD | CPDZ3 | 9 | 3/11/2018 | 11:04:25 PM | P180197145 | 99 | MISDIAL | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 244 | CPD | CPDZ3 | 9 | 3/11/2018 | 11:56:49 PM | P180197227 | 99 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 245 | CPD | CPDZ3 | 2 | 3/14/2018 | 12:57:58 PM | P180203632 | 16B | | 88A | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS | Assigned |
| 246 | CPD | CPDZ3 | 9 | 3/14/2018 | 10:32:16 PM | P180204983 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH | Assigned |

SYSTEMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 247 | CPD | CPDZ3 | 9 | 3/15/2018 | 5:29:11 PM | P180207088 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS |
| 248 | CPD | CPDZ3 | 9 | 3/15/2018 | 8:01:38 PM | P180207519 | 99 | NON_EMERGENCY | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS |
| 249 | CPD | CPDZ3 | 3 | 3/15/2018 | 8:05:09 PM | P180207528 | 16 | | 84B | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS |
| 250 | CPD | CPDZ3 | 9 | 3/15/2018 | 8:27:04 PM | P180207580 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS |
| 251 | CPD | CPDZ3 | 9 | 3/15/2018 | 8:59:02 PM | P180207661 | 99 | CFD | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS |
| 252 | CPD | CPDZ2 | 9 | 3/16/2018 | 10:14:05 PM | P180210893 | 99 | | | 765 PIERCE AVE WHTL FRA |
| 253 | CPD | CPDZ3 | 3 | 3/22/2018 | 2:43:20 PM | P180226246 | 31 | | | 765 PIERCE DR CBUS FRA: @POMEGRANATE HEALTH SYSTEMS |

Assigned (247), Assigned (248), Assigned (249), Assigned (250), Assigned (251), Assigned (252), Pending (253)