# SEQUEL-Pomegranate Health Systems
765 Pierce Dr, Columbus, OH
Write a review

## 2.3
48 reviews
Sort by:
Most recent



**Gabriel Quinley**
1 review
14 hours ago

Highly do not suggest this place at all, I'm not going to go into my stay because it was so terrible. But I will say my opinion on the facility They are highly ignorant and untrained. They do not act professional at all. I had to watch my friend get raped and beaten by fellow patients and even a FEW different staff members. I hope the owner replies back to this because I want to hear the ridiculous response he will come up with to sound professional. You can tell me you help people once I see someone go there and come back without being beaten, raped, or instigated into punching a wall. This place is inhumane and needs to be re evaluated for some serious crimes. My roommate was put into a restraint in his sleep by a staff member who then tried to put it off as a joke. He was moved to a different part of the facility to fix the issue. I'd like you to ask my roommate whether he wanted the guy away from him or to be transported to a real hospital to get his broken arm fixed. His arm was broken and the said he was lying. My friend got discharged and his parents brought him to the hospital to get his arm checked out. They had to re break it because it healed incorrectly. This place is a prison, I wouldn't ask for my worst enemy to go here. Hope this helps.
1

**Response from the owner**2 months ago
Please refer to company website, frequently asked questions sheets, videos, and/or resident handbook for client rights and responsibilities and policies on medication. Clients have the right to refuse medication.



**Nikki Darling**
3 reviews
4 weeks ago

**Response from the owner**4 weeks ago
Thank you. All the very best!



**Julia Everidge**
1 review
a month ago

Please don't send your child here. Please. I tried as hard as I could to be a compliant, quiet patient. I just wanted out. My first phone call was spent sobbing and telling my parents that I missed them and that I was scared. After about three minutes, the staff member who was monitoring me rolled her eyes, took the phone out of my hands, told me to go back to my room, and then told my parents that I was fake crying, and hadn't shed a single tear. We were watching Napoleon Dynamite (for "cinematherapy") when my

{00194792-1}

Irritable Bowel Syndrome acted up. I asked to go to the bathroom and was immediately met with yelling and cursing. Other patients were having sex in their rooms. Sleep was nearly impossible to come by because the staff members would spend all night talking loudly right outside our door. My roommate would hurt herself and I would report it every day. Nothing was done. The first day I was there I was introduced to a therapist and was told that she was my assigned therapist. I never saw her again. I saw four different therapists during the week I was there, which meant nothing was accomplished except me retelling the story behind why I was admitted. The food was rarely edible, and so when I didn't eat everything on my plate, I was accused of having an eating disorder, and told that my stay would be extended. During "gym time" the first day, the loudness and chaos overwhelmed me and threw me into the worst panic attack I've ever had. Screaming, sobbing, the whole nine yards. The following two days I was allowed to stay behind when the other kids went to the gym, but was then forced to go back when the staff changed. I again had severe panic attacks. My parents brought me a sketchbook and markers to use, because the only available art supplies were three oil pastels and a couple of broken crayons. I was allowed to have them for a couple days, and having them helped me tremendously. Then they were yanked away from me because they were "contraband." I shared information with my therapist and was assured that it was confidential and would remain known between the two of us. They then shared it with my parents. Mind you, this information was not relevant to my mental state whatsoever. Patients are treated as if they are criminals. Staff members have barely any training, if at all. Another patient had to wear diapers and was not changed for hours after asking to be. The same patient was mocked by staff members frequently. The only staff member that acted like he truly cared was Maurice. At morning and night time we would have med pass. There's a small window where you would talk to a nurse and get your meds. Directly behind her was a visible large white board with patients' private info written on it, including ages and medical info. This institution will tell you that they are "structured" and may come off as strict, however there is NO consistency between staff.
3

**Response from the owner**6 days ago
Every suggestion/recommendation/allegation is evaluated by the continuous quality team for context, compliance issues, staff and clinical considerations. Sorry if your experience -from quite some time ago- did not meet with your expectations. All the best on your continued therapy and recovery.



**David Beelek**
3 reviews
2 months ago



**Music Loverr123**
1 review
2 months ago
The staff really cared about everyone's mental health I loved it they helped me a lot
Like



**Tiffany Renee**
1 review
2 months ago
I was raped and beaten here, it took me months to get out of this hell hole. The staff was horrible I was beaten and raped on a daily basis and the staff wouldn't listen to me either, the staff would pay the kids

{00194792-1}

here to beat other kids up. This place is horrible and I'm no better now than what I was going in matter of fact I'm worse now because of everything. I wouldn't send your child here.
2
**Response from the owner**2 months ago
This is a very serious allegation. I hope you contacted compliance, risk management and the contacts listed in your patient handbook so an investigation can commence. This runs contrary to our excellent ratings, training and practice standards.



**hunter harmon**
2 months ago
**Response from the owner**2 months ago
Thank for the positive rating. We have helped thousands of teens. All the very best on continued recovery.



**James Hardemon**
1 review
3 months ago
yeah shut it down i still go there
Like
**Response from the owner**2 months ago
Sorry for your negative perception- 89% of teens agreed their condition has improved since admission and treatment at our facility in the most recent resident satisfaction survey



**christian davis**
1 review
3 months ago
I was hospitalized here for 8 days in the acute unit in October of 2017 and it was by far the WORST experience i have ever encountered. The day is split into 3 shifts of staff members but you only meet 1st and 2nd. !st shift was HORRIBLE. The openly cursed around the children and when the children cursed, they would scream at them. On Halloween, the staff members were allowed to dress up and one woman dressed as a pomegranate patient and she proceeded to mock us kids for her entire shift stating that she was there for homicidal reasons and talking about the "cool" drugs she was taking for her problems. I was also screamed at for a solid 15 minutes in front of the entire acute unit because i asked to be put on a waiting list to talk to my therapist that day. The staff also openly talked about how most of them never even went to college to get proper education on how to handle kids in crisis. They simply found an application and filled it out. Most of them have anger issues of their own that need to be treated before working with minors with severe mental illnesses. Also, the nurse practitioner in charge of prescribing medicine, prescribed me a pill (lithium) that can be lethal to fetuses if you're pregnant, even after i stated i was trying to conceive a child. Her argument was "You're obviously not mentally stable enough to make that decision." Please note that when you first get to pomegranate they tell you that you have a say on what medicine you take. That was a lie. When taking lithium you're suppose to be put on birth control (which i wasn't) and you're suppose to be tested for pregnancy (which i wasn't). I brought the scene up to my therapist and luckily he had a talk with her so i was taken off of the med. The next conference i had with her she started with "so i heard you don't like me? Just know that i have the biggest say on when you go home." Also, a young girl tried to commit suicide in her bunk one of the nights by wrapping a large

{00194792-1}

sweater around her neck and luckily her roommate called for help. What happened? Staff said "don't do it again" and banned her from having sweaters. The kids care about each other more than the staff will ever care about any of them. If you know anyone who is going to be sent to Pomegranate Health Systems, PLEASE for their own well being, advise they go to a different crisis hospital!!!!
1
**Response from the owner**2 months ago
Your comment will be reviewed by quality/compliance and risk management team. Sorry your experience did not meet or exceed expectation.



**Steven Chance**
Local Guide · 113 reviews · 18 photos
5 months ago
**Response from the owner**2 months ago
Thank you for taking the time to review our facility. All the very best.



**e shears**
1 review
5 months ago
I was just discharged from acute unit and I'm reading the reviews and I don't understand. Kids would often say it's terrible at first and so did I.. because I didn't want to face the fact I needed help. I was embarrassed. But by the end of the stay I feel like this place saved my life. I found coping skills and ways to help me when I'm triggered instead of self harming and automatically thinking suicide will fix problem. The staff talked to me about my issues.. they didn't baby me but they were not mean to me at all. They helped me a lot. And I also had a headache and didn't get Tylenol right away.. but the nurse told me she had to get permission from my parents to give me anything even if it was just Tylenol. After she talked to them she got it for me.

My Thespist was so cool and easy to talk to and even on Sunday when she wasn't at work, another therapist saw me which was nice.

I was there for 7 days and by the end of it I felt safe and able to deal with what I'm feeling inside.. you're not alone and at pomegranate you don't have to be.
1
**Response from the owner**2 months ago
Thank you for your positive review. We receive many thank you letters and meet teens who are on their way to a brighter future as a result of treatment. Recovery is possible. All the very best.



**Chase Rawlins**
5 months ago
**Response from the owner**2 months ago
Thank you for posting. All the best with your continued recovery.



**Brett Jones**
Local Guide · 19 reviews · 1 photo
6 months ago

{00194792-1}

someone close to me went here. staff was bad. treated patients awful. this is a prison not a hospital stay away at all costs
2
**Response from the owner**2 months ago
Sequel-Pomegranate is a secure facility for safety of clients. Please review patient/resident handbook- links on the website. It is a structured schedule and environment. Not everyone likes that. Wishing your friend a positive, productive recovery.



**ItsMe Traci**
2 reviews
7 months ago
My daughter is currently in Acute care at Pomegranate. She was was admitted on 08/30. We have had nothing but a positive experience. The intake staff was so kind and truly welcomed her and put her at ease. Every single staff member we have interacted with has been extremely nice and understanding. My hope is that we never have to do this again. But if we should have to, this will be the first place I request. She is well taken care of, has multiple therapies a day and plenty to keep her busy. She has told me stories of the staff being mistreated and that makes me sad. They're wonderful.
Like
**Response from the owner**2 months ago
Thank you for your positive rating. We survey all our residents, family members and during follow up. There are many wonderful (and patient) people working here. All the very best.



**Paige Van New Kirk**
1 review
8 months ago
There a few moments that I consider the worst parts of my life so far, but my week long stay at Pomegranate will most likely be #1. After a failed suicide attempt I was given absolutely no choice but to go to Pomegranate, and so many factors had made it a living hell.

First of all, the second day I was there I had started my menstrual cycle and asked multiple times for some pain killers because the cramps were unbearable, but I recived much less than an answer and was forced to suffer through 5 days of cramps.

Secondly, there are not many things that fill the day other than coloring on pages that have previously been colored on by former patients. This is followed later by gym time, and may I also mention that we were only allowed into a small prison-like yard at least twice in my 5 day "sentence"?
Anyway, a memory that is not soon to leave my mind is of my roommate being bullied by two girls she was playing basketball with, and then going over to the brick wall and slamming her forehead into it with a sickening, dull pound. Now, what would you have expected the guards to do? Certainly not ignore the situation! But that is exactly what I witnessed that day.

There are MANY other things that make me sick to think of with Pomegranate, but I'll end here. Please don't ever allow your children or yourself to be admitted to this facility, no matter what it takes. Don't do it.
4
**Response from the owner**2 months ago

{00194792-1}

Sorry your experience was difficult for you. We do not have guards here. Medication is administered upon signed consent only and under doctor's orders. Quality & compliance staff read and investigate every review. We take this seriously. All the best.



**Natalie Tretiak**
1 review
8 months ago

**Response from the owner**2 months ago
All the best with your ongoing treatment and recovery



**Chas Channell**
3 reviews
8 months ago

My 15 year old daughter was admitted to this hospital without me giving informed consent. I was made to sign a consent form at 3 am in the morning under duress. I was told it would be only 72 hours per the law but Pomegranate insisted it would be five days (I am not paying a dime passed 72 hours) . I was told I had no choice that I had to do what they said to get my child back. So I played their game. They tried to give my child some heavy unnecessary drugs . I refused to consent to any of them. klonopin is addictive. Why would you give that to a teenager? They were not happy that I refused to consent. To me it was like they wanted to drug my child up. They also tried to get me to switch therapists. My daughters current provider had a list of drugs they do not allow their patients to be on. and they were not happy that all the drugs they suggested were on the list. They also attempted to have a last minute family session. I refused it and decided to schedule one with my daughter's actual provider who should have been caring for her to begin with.

I did like their art therapy and group therapy sessions. I think those were helpful to my child. The rest was a waste of time and money.

I also called several times about my daughter and nobody returned my calls half the time. I live an hour away from this facility and calling was my only means to find out how she was doing. Her father got lost on the way there and was five minutes past visiting hours and they would not make any exceptions for him to see her. If they are going to take out of town patients, they need to become more flexible. It's like like she was an unruely agressive patient. She was listening and doing what she was supposed to. There was no reason she could not take that visition.

I personally do not think this is a science based medical facility that is up to date on the latest developments in psychiatric medication. If it was, they would know that anti-depressants are not even that effective in helping teens and they would stop trying to drug up patients. I am still in shock to the level they wanted to drug up my child. I pick up my daughter tomorrow and we will never look back.
2
**Response from the owner**2 months ago
Compliance and corporate team review every comment, survey and allegation. We're licensed and accredited and prescribed medication is by psychiatric specialists who treat children and teens. The team is 'up to date' and we also utilize Genesight testing by Assurex Health which is DNA based medication based on how a psychiatric patient metabolizes a medication. Read more on our website. All the best with your ongoing treatment.

{00194792-1}


**Laurie Sliger**
4 reviews
9 months ago

I would not recommend to anyone. Three of my children have been here. My oldest was in the acute unit for suicidal thoughts. She fell and hit her head pretty hard. Noone notified me or got her medical treatment. When I went to visit she was complaining of head aches, nausea, and lathargic. I had to fight to get them to take her to the emergency room. My 14 year old was there for a month and while he was there he would tell me how the staff would pay kids to beat up other kids and how one female staff member would flash the boys on his unit.

My 17 year old was there 3 times. Each time the psychiatrist would take him off his ADHD meds and prescribe mood stabilizers instead. Each time I would fight to get him his medication . The last time he was there 6 months. They refused to give him his ADHD meds and then said they only required him to go to school 2 days a week because he could not concentrate.

It took 3 months to get him set with a therapist to do family sessions. I reported that one of the female staff was sending innapropriate pics to my grandson was he was on weekend passes and that she had had sex with him when he was out. They were supposed to investigate. At the time I had the pics as proof. My grandson found them and deleted them. I had asked a couple weeks later about the investigation and was told they dismissed not without ever talking to me or his mother to get the information we had.

Basically they covered it up.

So NO, I would not recommend this place to anyone.

Like

**Response from the owner**2 months ago

Your review comments have been addressed by compliance and a thorough investigation was made. All the best with recovery going forward.


**Terri Diaz**
Local Guide · 13 reviews
11 months ago

**Response from the owner**2 months ago

Thank you for your review. All the very best.


**Kyle Baker**
10 reviews
a year ago

I swear, my sister went here on her own accord and came back worse just for a medicine change. Dont let your children go here, its a miserable place even if the people that work there arent bad people per say. I didnt want to believe the google reviews knowing how easily people can just go on here and leave a review, but trust me, it doesnt help. The second day she was there, she wanted to call my mother. She had put her name on the list, albeit a revised one. Who thought the person that would be their guardian wouldnt be on the list to call their child? So she called my step father to tell him that my mother was not on the list, and then couldnt call my mother and my mother couldnt call her either. Way to treat the place like a prison.

2

{00194792-1}

**Response from the owner** 2 months ago
Sorry your mother was not on the list. Its important to protect the teens who come here; their safety is foremost. People who work here undergo extensive background testing, criminal background check and week long orientation before shadowing. All the very best with ongoing treatment and recovery process.



### MICHAEL DAUGHERTY
4 reviews
a year ago
This place is crazy. They basically imprisoned my best friend and when he was due to get out they extended the treatment. He called me with the short 5 minutes of phone time that he gets and told me he's around all kinds of dangerous crazy people, the staff are rude and he never gets to see the doctor and all he does is sit around and draw. Its more like punishment than a hospital. I pray to Jesus he gets out of that hellhole soon.
5

**Response from the owner** 2 months ago
We do have a secure facility and a structured schedule with individual therapy, group therapy, family therapy, art therapy, recreation, schooling on site, martial arts, and special programming. Not everyone appreciates the structure. There are specific and mandated times to have doctor visits and therapy sessions and he will be released when his case manager determines treatment goals have been met and the time is right. Give it a chance. All the very best.



### Chase Brinson
1 review
a year ago
I was there in 2011. I do not feel that I was taken care of properly! While there I was beat up at least 4 times not because of anything I did but because of the lack of supervision. There was something else that happened but not goijng to accuse anyone online. Also the food was not the greatest. I hope that the change of leadership has helped this place. I hope your child has a positive experience if you decide to place them here but I know for sure my kid will never end up here at pomegranate!!
3

**Response from the owner** 2 months ago
Every comment and review has been reviewed since opening, recorded and addressed. All the best with your continued treatment and recovery.



### Ashland Stanley
1 review
a year ago
I did not see a therapist for the first five days I was there. I would never go back here it was awful threatened by staff.
1

**Response from the owner** 2 months ago
Every comment and review is evaluated by risk management, compliance and quality team. All the best with your ongoing treatment and recovery.



### Jay Kunzi

{00194792-1}

1 review
a year ago
The nurses went out of their way to answer all my questions and make me feel as ease about the stay. The food is actually really good and I read a review where it said they just drug the kids but that's not true at all. They tweek them to find the best fit.
Awesome program
1
**Response from the owner**2 months ago
Thank you for your thoughtful and positive review. The food is restaurant quality-not institutional and yes, it is good. You're right we don't just 'drug the kids'- it isn't true. The team does try very hard. All the best to you and yours.


**Corey Johnston**
1 review
a year ago
Our experience at Pomegranate Health Systems was excellent. The staff was extremely patient and caring, they treated us like we were their priority not just their job. They adjusted the medication accordingly to find the right fit. Their true dedication while we were there gave us 100% confidence that our daughter was receiving the best treatment available!
1
**Response from the owner**2 months ago
Thank you for your positive review. All the very best.


**Devin Dye**
2 reviews
a year ago
Pomegranate Health Systems has been doing great things for the Columbus area for quite some time. They step up for these kids when others won't. The heart and passion they put into helping their patients deal with things is inspiring.
1
**Response from the owner**2 months ago
Thank you for your positive review. We do treat hundreds of teens annually with mental and behavioral health disorders and teens who cannot find appropriate treatment elsewhere. All the very best.


**kelly brown**
1 review
a year ago
My daughter just came home tonight and was telling me that her boyfriend was sent here because he was having suicidal thoughts and that he will be here for at least 7 to 10 days. I've been seeing a lot of bad things on here and she's heard from a person herself that this place is bad and that he needs to be somewhere else. Can someone who's been here please honestly tell me what it's like here. We all are very worried. He was just taken here by ambulance about an hour ago
1
**Response from the owner**2 months ago
Please visit the website, www.SEQUEL-PomegranateHealthSystems.com for videos and the latest reviews and ratings.

{00194792-1}



**Emily White**
1 review
a year ago
I loved pomegranate Ive been there 2 times an both times I felt like the people there really did care an tried to help I actually miss some of the staff an the nurses im grateful they helped me I felt so safe when I was there because I wasn't at home being abused I cried when I left because I was afraid that when I got back home i would get abused even more but they put me with my grandma an im so grateful for that I can't think the people an staff at pomegranate for helping me enough im not being abused anymore an im finely getting help ☺
Like
**Response from the owner**2 months ago
Thank you for your positive review. People working here do care. All the best on your continued treatment and recovery.



**Cia Rodemann**
2 reviews
a year ago
December 2016 SEQUEL-Pomegranate YSS Results:
Q. 27. What has been most helpful thing about services you and your child received over your child's treatment?
1. Everyone was very open, approachable and willing to help and work with me.
2. Just her being able to see she doesn't have it as bad as some people
3. The staff was excellent, we were all treated the best
4. The relationship she had with staff who knew how to help her cope with her feelings and needs. Very satisfied.
Q. 28. What would improve the service here?
1. I think everything was very good.
Q. 29. Other comments:
Thank you to all the staff here. You all were so supportive.

Resident satisfaction survey. What has been the most helpful thing about the services you received over your treatment?
1. Coping skills,
2. Groups and my peers by my side
3. The staff, the work
4. I can be with people who care strongly about me

What would improve the services here?
1. More relaxing stuff
2. Cut down on boundaries. Hugs are important
3. They did great
4. House shoes

Comments/Suggestions for Improvement
1. My stay was amazing and it really helped me


{00194792-1}

2. I enjoyed it here. Staff was amazing and made me feel safe and welcome
3. Everyone was good with me
4. I love it here. I might get mad, but this place is awesome.
5. Better toothbrushes

Year end results are in for both Acute Hospital and Residential Treatment month by month for 2016; 2015 on file. High 80% above average to excellent ratings across the board. To be published to our website shortly.

Feedback from parent at OACBHA Conference: "My daughter was there. You helped her enormously with coping skills. She is a perfectionist, was constantly stressed out. Now she is back to doing cheerleading and though she has her difficult moments, has the tools she needs. We're doing okay and prefer to keep our story private."

Stigma keeps a lot of positive youth and parent stories from going public. Stamp out stigma. Our slogan has always been HEALING, HOPE AND RESILIENCE. We change lives.
1



**Voya Martin**
1 review
a year ago
if you need actual help dont ever come here unless you want to be drugged.
1
**Response from the owner**2 months ago
Please refer to your patient/client handbook on our policy re.: meds and/or visit the website, www.SEQUEL-PomegranateHealthSystems.com. Teens receive individual therapy, group therapy, family therapy, art therapy, nursing group, and schooling in addition to med management and psychiatric evaluation.



**Isa Pitetti**
1 review
a year ago
Actual hell
1
**Response from the owner**2 months ago
Sorry you felt that way. All the best on your continued treatment and recovery.



**Amanda Stetzer**
1 review
a year ago
upon arrival via ambulance at around four in the morning, i was roomed with another young female around my age. to my surprise, the unit was woken up at roughly 7:30/8:00 am by staff members. i understand the need for a morning routine and ritual, but having the lights flipped on and yelled at wasn't the most pleasent after such a crisis occurred. to my surprise, visitations only lasted for a total of 15 minutes, not including weekend visits which lasted for a total of one hour. the food served by the cafeteria was extremely questionable, and mediocre to say the least. overall, *some* of the staff truly care and

{00194792-1}

want to help. i personally feel as if the shift leaders gave better advice and listened with an open mind and open heart. the "therapists" were just trying to drug you and send you on your way. to the therapists, i believe i was looked at as a "condition" rather than a human with needs. group therapy, art therapy, and other activities were cruicial to my well-being. though very structured and strict, the rules were in place for specific reasons. with little to no freedom, it was hard to recognize if i was in a psychiatric ward or a bootcamp. however, i would rate pomegrante health systems as two out of five stars. between cold showers with no temperature control, not being able to see the light of day, and the lack of hygiene products- my experience could have been better. although i can say that this unique admission has shaped me into the person i am now.

3

**Response from the owner** 2 months ago
This is a structured environment. Your comments will be shared with the compliance and treatment team for evaluation. Cafeteria food is restaurant quality with a chef and registered dietician and client menu input. Therapists don't 'drug you'- that's not their job description and certainly not the policy here, but your perception will be addressed. Hygiene products are available for all residents, so somewhat puzzled here. All the best on your continued treatment and recovery.



**kaitlyn aldrich**
1 review
a year ago
I had a friend who was seriously in diree need for psychiatric help... I drove her to the hospital and when we arrived it felt very safe and it was a secure environment. Admission staff were very accommodating to the needs of the patient. After she was admitted I went home feeling scared and horrible about myself to know that I left my best friend my sister at a place she didn't know... I called her in the morning and she said she hated it. I asked her why. She said bc they won't give me certain belongings and the medicine is making me very very very sleepy she then hung the phone up. I called her later that afternoon and she said the psychiatrist woke her up and had a cup of cold water for her. He said that earlier that day she had complained she was thirsty, but the staff were dealing with a out of control situation. And wjen they finally had time she had already fallen asleep. The dr. Knowing this brought one to her so that when she woke up she knew that they heard her, they recognize she needed something and they didn't ignore her request. Although she was still very sleepy all the time and complained they were drugging her... I knew better bc for once out of the past 7 months she didn't say anything degrading about herself and didn't threaten her life. Later that week she came home to live with me. Even though she felt drugged and sleepy in the hospital setting didn't mean that it would be the same in the real world. The hospital is exactly what it is A HOSPITAL it does not prepare you for the stimulation of the real world. So on in the inside of a controlled environment she was sleepy and drowsy ... but in the real chaotic world she was steady and calm and occasionally hyper but get she continued her meds correctly and didn't give up on what the doctors where suggesting her to do. BECAUSE THEY ARE DOCTORS THEY WENT TO SCHOOL TO KNOW HOW TO TREAT THESE PATIENTS. Maybe the people that have commented negatively are being rude and disrespectful bc they didn't not hear what they wanted to hear. They didn't get their way. They were told something they didn't agree with and didn't give what the DOCTORS said a chance. So people stop bashing the place that is trying to help . Bc that's exactly what they do is save lives. They saved my best friend life.... And yet she is getting married tomorrow. And this would not be possible if it was not for POMEGRANATE HEALTH... thanks from the maid of honor

1

**Response from the owner** 2 months ago

{00194792-1}

Thank you so much for your straightforward comments and positive review. This isn't easy work. All the very best.



**Tia Catron**
1 review
a year ago

Was sent here in 2014 for self harm and feeling suicidal. I received almost no therapy, was pumped full of drugs, and sent home a week later. When I arrived here, they did not have my clothes or any of my belongings. I had nothing to wear for almost two days, aside from the clothes I was given there that did not fit. The patients here were not allowed to cry or express sadness or comfort each other, and I personally witnessed a staff member scream at a 12 year old girl because she was crying and wanted to go home.
I had a terrible reaction to the medications they put me on, and my life after that is a drug induced blur up until last year when I was taken off the medications. I was put on effexxor while I was already on latuda, and after talking to my psychiatrist I was told you CAN NOT TAKE THOSE TOGETHER.
My depression and anxiety worsened after I got out of here and after the so called treatment I received, which was basically being locked in a windowless room with other depressed children with only board games, crayons, coloring pages, card games, and a limited selection of 2nd grade reading material. TV use was very limited, the video games they had for use were also limited, and most of our time was spent sitting and coloring pictures.
DO NOT SEND YOUR CHILDREN HERE.
3

**Response from the owner** 2 months ago
Sorry for your experience. There is a treatment plan and structured schedule in place every day which includes time for recreation in the gym, individual, group, family and art therapy. Every comment and review is evaluated by the compliance and quality team and since 2014, new programming is in place. All the best on your continued treatment and recovery.



**Shannon Earney**
Local Guide · 20 reviews · 1 photo
a year ago

Would not recommend to anyone. The so called licensed care givers are close to being sued for falsification of records. The discharge papers I received was full of lies and slander. Will not say much more due to possible legal issues for their incompetence of licensed medical professionals which is a term I use very lightly.
4

**Response from the owner** 2 months ago
Your comments are taken seriously and under review by compliance and quality director and leadership team. We are a licensed and accredited facility with experienced licensed and accredited professionals across multiple disciplines- medical, nursing, clinical, and admin. All the best on your future treatment and recovery



**Victoria Murray**
2 reviews
a year ago

{00194792-1}

this place is a living hell but the treatment team staff were nice as ever but the health associates were rude and disrespectful there were 2 that i liked that were not rude I WOULD NOT send my worst enemy here like i said LIVING HELL!!! and i think its stupid on the whole refusal thing yes you have to eat to recover from eating disorders but the food is HORRIBLE! and by the way TOO MANY MALE STAFF !!!
1

**Response from the owner** 2 months ago
Sorry you did not have a positive experience. There is a choice of menu items, a fresh salad bar with a range of choices and fresh fruit in addition to snacks- planned by a registered dietician and chef. Staff ratios vary by unit and schedule. Your comments will be taken into consideration. All the very best on your recovery and treatment.



**Antionette Valentine**
8 reviews
a year ago
Dr. Uziqui (probably misspelled) will disregard anything your child says. I spent TWO years here. This place ONLY gets the results it does from drugging children and hiring ex convicts. Nothing wrong with helping someone who has paid their dues to society but the people whom were hired when I was here in 2006-08(the pomegranate health system had moved from another part of Ohio to where you are now if you are going to try and say you weren't open then) just liked fondling the girls/ beating and breaking the boys bodies. I had a close friend whom I met here that was raped after I left by a new hire. You will get results close to 100 percent when your methods are legal torture, remember that. Just know the "owner" has dual citizenship with India and good luck suing when he collects all his money from CPS/Government insurance or pharmaceutical companies anyway.
2

**Response from the owner** 2 months ago
These are serious allegations. There is no doctor here by that name, and all staff must undergo a BCI criminal background check. Compliance, risk management and senior leadership investigate every such claim. This is a regulated and licensed treatment facility. All the best on your continued treatment and recovery.



**Nikki Koyl**
1 review
2 years ago
Fr that place sucks and all they do is drug you up fr. i felt worse that i did coming out!!!!! ive been there three times and it doesn't help!!and obviously the results are not good owner like you got 2 five stars and thats it the place obviously dont help bro so owner or whoever you are you can shut your trap bout that shizz
1

**Response from the owner** 2 months ago
Reviews and discharge surveys are given to every resident and family and tracked monthly, quarterly and annually- 89% agreed that 'my condition has improved since admission and treatment' in most recent survey. See medication policy in patient/client handbook. You have the right to refuse. All the best on your continued treatment and recovery.



**Sue Harrod**

{00194792-1}

2 years ago
**Response from the owner**2 months ago
Thank you for the positive review.



**mike mcgee**
9 reviews
2 years ago
I was a patient here in 2011 and from these reviews ive seen it apparently hasnt changed. This place doesnt need fixed, it needs shut down. I felt worse leaving than i did when i was admitted
5
**Response from the owner**2 months ago
Visit the website, see the surveys and watch the videos. It has changed. All the best to you on your treatment and recovery.



**Leslye Markey**
2 years ago
**Response from the owner**2 months ago
Trust you voiced your opinion on the resident and discharge surveys. All the best on your continued treatment and recovery.



**Kenneth Carter**
2 years ago
**Response from the owner**2 months ago
Thank you for your positive rating. All the best



**Carrie Baker**
1 review
2 years ago
I would not send my worst enemy to this facility. All they wanted to do was drug my child (youth advisor even told him thats all they do) the psychiatrist got angry and raised his voice to me when i questioned him about the medications my son was being put on and took 4 days for him or anyone to return my call about my concerns. They ignored the reports i made of my child self harming while in their care. My son disclosed new abuse to staff which was never disclosed to me or reported to CPS. And they have never reported it to authorities like they are mandated to do. Lost his belongings and have not attempted to find the bible they took from him because it could have contained inappropriate materials in it. I will be filing complaints with the state and my insurance along with CPS regarding the treatment of my son. Oh and let me point out my son was readmitted to another psychiatric facility with in 48 hours of discharge because of their poor treatment.
3
**Response from the owner**2 months ago
Sorry your perceptions were so negative. Your comments were reviewed by the quality and compliance team and thoroughly evaluated. All the best on continued treatment and recovery.



{00194792-1}

**Daniel Thomas**
2 years ago
**Response from the owner**2 months ago
Hope you took the time to fill out resident and discharge surveys. All the best on continued treatment and recovery.



**Dan Armstrong**
3 reviews
2 years ago
Nothing liked about it. They discharge kids to the wrong legal guardian. Lawsuit time. This place doesn't care about kids. Just money and medicine is all they care about. Guess they don't know how to read simple legal papers. Full compliance isn't what a Columbus police officer says. He was very wrong and our new layer has told us that you were in the wrong. You can't release a kid to the non guardian without consent or a court order. So this may not be over.
1
**Response from the owner**2 months ago
Comments investigated and evaluated by compliance and risk management quality team. All the best on continued treatment and recovery.



**Megan Adams**
1 review
2 years ago
Not much I can say about this place other than its been a horrible experience the only thing they cared about was medicating my child n getting her home n out of the way! I spent many days calling For over 20 mins at a time before someone would answer the phone they were never fully staffed with nurses one nurse to 20 kids (the nurse herself told me that) the therapist made promises n said things that were never followed through w plus when it came to discharge I was never notified this has been a horrible experience i would NOT recommend them to anyone!
1
**Response from the owner**2 months ago
Sorry your experience was not positive as many are. All the best with continued treatment and recovery.



**Nathan Robinson**
3 reviews · 1 photo
2 years ago
These places arent theraputic. They just drug up your kids.
1
**Response from the owner**2 months ago
You may wish to visit the website and read about Genesight testing by Assurex Health, which is DNA based medication match. In other words, medication based on how an individual metabolizes it for best results, or read the resident handbook on our medication policy.



**A Google User**
9 years ago
this is a great place and i loved being there. you have a great team and i appreciate your help.

{00194792-1}

Like

**Response from the owner**2 months ago
Thank you for your positive response. We do meet many teens in the community who seek us out to say thank you, or write -even years later. Check out the website and all our updates. All the very best on continued treatment and/or recovery.

{00194792-1}