IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| D.S., et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:18-cv-00416-ALM-KAJ |
| Sequel Pomegranate Health Systems, LLC | ) | Judge Marbley |
| Defendant. | ) | Magistrate Jolson |

## STIPULATED EXTENSION OF TIME TO MOVE OR PLEAD

The Parties, by and through their undersigned counsel and pursuant to S.D. Ohio Civ. R. 6.1(a), hereby stipulate to an extension of time for Defendant to move or otherwise plead in response to the Complaint. Plaintiffs filed their Complaint on April 30, 2018. (Doc. #1). Defendant filed its Waiver of the Service of Summons on May 4, 2018. (Doc. #8).

The Parties stipulate and agree to calculate the deadline for Defendant to move or otherwise plead in response to the Complaint from April 30, 2018, the date when the Wavier of the Service of Summons was sent by Plaintiffs.

The Parties also stipulate and agree that Defendant shall have an extension of time, in the amount of fourteen (14) days, in which to move or otherwise plead in response to the Complaint. Pursuant to this extension, Defendant must file its responsive pleading or motion by or on July 14, 2018.

The Parties have not entered into any prior stipulated extensions of time. The stipulated extension of time set forth above does not exceed twenty-one (21) days.

Respectfully submitted,

| | |
|---|---|
| */s/ Erica Ann Probst (per email auth. 05/16/18)* | */s/ Matthew L. Schrader* |
| Erica Ann Probst (0073486) (Trial Attorney) | Matthew L. Schrader (0074230) (Trial Attorney) |
| Kemp, Schaeffer & Rowe Co., L.P.A. | Reminger Co., L.P.A. |
| 88 West Mound Street | 200 Civic Center Drive, Suite 800 |
| Columbus, OH 43215 | Columbus, OH 43215 |
| (614) 224-2678 (Telephone) | (614) 232-2631 (Direct Dial) |
| (614) 469-7170 (Facsimile) | (614) 232-2410 (Facsimile) |
| Erica@ksrlegal.com | mschrader@reminger.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant Sequel Pomegranate Health Systems, LLC* |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served using the Court's CM/ECF system on May 16, 2018 and that notification of such filing will be made by the CM/ECF system on all counsel of record.

*/s/ Matthew L. Schrader*

Matthew L. Schrader (0074230)