# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**D.S., et al.,**

          **Plaintiffs,**

                                                                   Civil Action 2:18-cv-416
     v.                                                 Judge Algenon L. Marbley
                                                       Magistrate Judge Jolson

**SEQUEL POMEGRANATE HEALTH SYSTEMS, LLC,**

          **Defendant.**

## ORDER

This case has been reported settled.  **A telephonic status conference will be held on November 29, 2018 at 10:15 a.m., unless the dismissal entry is received prior to that time.**

IT IS SO ORDERED.

Date:  September 14, 2018                            <u>/s/ Kimberly A. Jolson</u>
                                                               KIMBERLY A. JOLSON
                                                               UNITED STATES MAGISTRATE JUDGE