IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| D.S., et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:18-cv-00416-ALM-KAJ |
| Sequel Pomegranate Health Systems, LLC | ) | Judge Marbley |
| Defendant. | ) | Magistrate Jolson |

## STIPULATION OF DISMISSAL

The Parties, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned matter *with prejudice.* This dismissal includes the dismissal of all claims that were or could have been alleged in connection with this civil action. All costs have been paid.

Respectfully submitted,

*/s/ Erica Ann Probst (per email auth. 11/15/18)*   */s/ Matthew L. Schrader*

Erica Ann Probst (0073486) (Trial Attorney)
Kemp, Schaeffer & Rowe Co., L.P.A.
88 West Mound Street
Columbus, OH 43215
(614) 224-2678 (Telephone)
(614) 469-7170 (Facsimile)
Erica@ksrlegal.com

*Counsel for Plaintiffs*

Matthew L. Schrader (0074230) (Trial Attorney)
Reminger Co., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, OH 43215
(614) 232-2631 (Direct Dial)
(614) 232-2410 (Facsimile)
mschrader@reminger.com

*Counsel for Defendant*
*Sequel Pomegranate Health Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served using the Court's CM/ECF system on November 15, 2018 and that notification of such filing will be made by the CM/ECF system on all counsel of record.

*/s/ Matthew L. Schrader*

Matthew L. Schrader (0074230)